# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-0033-01-CR-W-FJG |
| George L. Gordon, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is defendant's motion to suppress evidence (Doc. #29), filed August 1, 2007, and the government's response and suggestions in opposition (Doc. #30), filed August 16, 2007.

On October 26, 2007, United States Magistrate Judge Sarah W. Hays entered a report and recommendation (Doc. #40) which recommended denying the above-mentioned motion. Defendant's objections to Magistrate Hays' report and recommendation were filed on November 5, 2007 (Doc. #42).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress evidence (Doc. #29), filed August 1, 2007, must be denied.

Accordingly, it is

ORDERED that the magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to suppress evidence (Doc. #29), filed August 1, 2007, is denied.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: 11/15/07
Kansas City, Missouri